UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MALONE,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD, et al.<br><br>          Defendants. | No.  2:14-cv-2096 DAD P<br><br><br>ORDER FOR PAYMENT OF INMATE FILING FEE |

To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

     Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

     Good cause appearing, IT IS HEREBY ORDERED that:

     1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

1

1 credited to the prisoner's trust account and forward payments to the Clerk of the Court each time
2 the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the
3 $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified
4 by the name and number assigned to this action.

      2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

      3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

Dated:  March 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
malo2096.cdc.x