UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN MALONE,<br><br>  Plaintiff,<br><br> v.<br><br>JEFFREY BEARD, et al.,<br><br>  Defendant. | No. 2:14-cv-2096 GEB DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On April 14, 2016, plaintiff filed a motion for reconsideration of the magistrate judge's March 1, 2016 order revoking plaintiff's in forma pauperis status. Pursuant to Local Rule 303(f), the magistrate judge's order shall be upheld unless it is "clearly erroneous or contrary to law." See also 28 U.S.C. § 636(b)(1)(A). Upon review of plaintiff's motion and of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for reconsideration (ECF No. 29) is denied and the order of the magistrate judge filed March 1, 2016 (ECF No. 28), is affirmed;

////

////

////

1

2. Plaintiff shall submit, within twenty-one days of the date of this order, the $400.00 filing fee. Plaintiff's failure to do so will result in an order dismissing this action.

Dated: January 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

DLB:9
Malo2096.ifp jo